UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 05-CV-70992-DT

MELANIE BROWN a/k/a MELANIE THAMES,

    Defendant.
                                              /

**ORDER DENYING DEFENDANT'S REQUEST TO QUASH GARNISHMENT**

      Pending before the court is a "Debtor's Hearing Request," filed by Defendant Melanie Brown on September 7, 2005. The government filed a response on September 20, 2005, interpreting Defendant's September 7 filing as a request to quash garnishment. The court set the matter for a hearing to take place on October 7, 2005. Counsel for the government appeared, but Defendant did not. As stated fully at the hearing, the court will deny Defendant's September 7, 2005 request. A default judgment was entered against Defendant on June 21, 2005, foreclosing the issue of liability. The government is entitled to garnish Defendant's wages to collect on that judgment. Accordingly,

      IT IS ORDERED that Defendant's September 7, 2005 request [Dkt. # 10] is DENIED.

Inasmuch as the government has indicated that it seeks no other relief at this time, IT IS FURTHER ORDERED that all other pending motions are DENIED as moot.

    S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  October 11, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 11, 2005, by electronic and/or ordinary mail.

    S/Lisa Wagner

Case Manager and Deputy Clerk
(313) 234-5522